**Order entered May 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00037-CV

## IN THE INTEREST OF J.D.B., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-771-W**

## ORDER

We **GRANT** the State's May 12, 2014 unopposed motion to extend time to file brief and

**ORDER** the brief be filed no later than May 19, 2014. Because this is an accelerated appeal, no

further extensions will be granted absent exigent circumstances.


/s/ ELIZABETH LANG-MIERS
JUSTICE